PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN †
KENNETH A. GRAY
DONALD J. FARINACCI
WILLIAM C. DeWITT

OF COUNSEL

EDWARD P. RA
ROBERT R. McMILLAN *(Retired)*

\* ALSO ADMITTED IN FL
\*\* ALSO ADMITTED IN NJ
† DECEASED

BEE READY FISHBEIN HATTER & DONOVAN, LLP

# BRFH&D
ATTORNEYS-AT-LAW

SENIOR ASSOCIATES

\*\*STEPHEN L. MARTIR
\*\*ANDREW K. PRESTON
DEANNA D. PANICO

ASSOCIATES

† BRIAN A. SUPER
PETER OLIVERI, JR.
RHODA Y. ANDORS
THEODORE GORALSKI
MORGAN A. CLINE
JASON P. BERTUNA

August 13, 2021

*Via Electronic Mail Only*

Stevenson Marino LLP
75 Maiden Lane, Ste. 402
New York, NY 10038
Attn.: Jeffrey R. Maguire

Re: Rule 68 Offer - *Teresa Antonio v. Little Mexico Restaurant Corp.*
Case No.: 21-cv-04261

Dear Mr. Maguire:

You are notified that Little Mexico Restaurant Corp., the defendant in this action, offers to allow judgment to be taken against it and in favor of the Plaintiff in the sum of Thirty Thousand and 00/100 ($30,000.00) Dollars, which sum shall include all costs accrued to date in this action and any claim for attorney's fees incurred to date in this action, in full and final resolution, with prejudice, of all issues raised in plaintiff's complaint and asserted against this Defendant.

The offer is made pursuant to Rule 68, Federal Rules of Civil Procedure and must be accepted, if at all, within fourteen (14) days after service of this offer of judgment. If same is not accepted within such period of time, it shall be deemed withdrawn.

This offer is not to be construed as an admission that Defendant is liable to Plaintiff in this action or otherwise, or that Plaintiff has suffered any damages.

Very truly yours,

Stephen L. Martir

SLM:mgf

Address: 170 Old Country Road • Suite 200 • Mineola, NY 11501 • Telephone (516) 746-5599 • Fax (516) 746-1045